### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.   **CV21-888 JFW(MRWx)**                    Date:  June 30, 2021

Title:     Stephen David Price -*v*- City of Santa Barbara, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                None

**PROCEEDINGS (IN CHAMBERS):**      **ORDER TO SHOW CAUSE WHY COUNSEL SHOULD NOT BE SANCTIONED FOR FAILURE TO NOTIFY COURT OF RELATED CASE**

On January 29, 2021, Plaintiff Stephen David Price ("Plaintiff") filed his Complaint in this Court against the City of Santa Barbara and various members of the Santa Barbara Police Department.

Local Rule 83-1.3.1 provides in relevant part:

> It shall be the responsibility of the parties to promptly file a Notice of Related Cases whenever two or more civil cases filed in this District:
>
> (a)     arise from the same or a closely related transaction, happening, or event;
> (b)     call for determination of the same or substantially related or similar questions of law and fact; or
> (c)     for other reasons would entail substantial duplication of labor if heard by different judges.
> . . .
>
> The Notice of Related Cases must include a brief factual statement that explains how the cases in question are related under the foregoing factors.  All facts that appear relevant to such a determination must be set forth.

Initials of Deputy Clerk  _sr_

The Notice must be filed at the time any case . . . appearing to relate to another is filed, or as soon thereafter as it reasonably should appear that the case relates to another.

Although Plaintiff alleges in his Complaint that the City of Santa Barbara has been previously sued in *James Ryden et al v. City of Santa Barbara et al*, CV09-1578 SVW(SSx) for the same or similar conduct alleged in this case, the parties failed to file a Notice of Related Cases notifying the Court that the *Ryden* action is a related case. Accordingly, the parties are ordered to show cause, in writing, no later than **July 2, 2001** why the Court should not impose sanctions in the amount of $1,500.00 against both lead counsel for their failure to file a Notice of Related Cases as required by Local Rule 83-1.3.1. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of monetary sanctions.

IT IS SO ORDERED.

Initials of Deputy Clerk __sr__